# EXHIBIT 5

# U.S. Patent No. 6,868,682 – Infringement Claim Chart

The DataAire Supplied Products include DataAire's Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), chillers, and accompanying control devices/systems, including:

- Direct Expansion Computer Room/Perimeter Air Conditioners with variable speed compressors (e.g., gForce Ultra)
- Chilled Water Computer Room/Perimeter Air Handlers with modulating valves (e.g., gForce)
- Direct Expansion Row-Based Precision Air Conditioners with variable speed compressors (e.g., gForce IR)
- Chilled Water Row-Based Precision Air Handlers with modulating valves (e.g., gForce IR)
- Accompanying control devices/systems (e.g., dap4 controller).

These DataAire Supplied Products, when used by DataAire's customers to cool a data center, infringed at least claim 1 of the '682 patent, as demonstrated in the exemplary claim chart below.

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method of controlling the temperature in a data center comprising: | DataAire's customers, when using the DataAire Supplied Products, controlled the temperature in a data center.<br><br>**INTRODUCING gForce ULTRA:<br>A NEW STANDARD OF PRECISION, SCALABILITY AND ENERGY SAVINGS**<br><br>Cooling data centers and other mission critical environments is an ever-changing challenge. Meeting this challenge while optimizing energy savings and dependability is the focus of Data Aire's recent product innovation. Data Aire is proud to introduce the latest in its line of gForce precision cooling units – gForce Ultra.<br><br>In addition to the impressive features found in Data Aire's gForce line, gForce Ultra also effectively manages fluctuating cooling demands, guarantees accurate cooling and achieves unsurpassed energy savings. All this is made possible by combining the advanced variable capacity technology with a Variable Frequency Drive Controller (VFD), Variable Speed Compressor (VSC), Electronic Expansion Valve (EEV) and Venturi-Flo Refrigerant Distributor (VRD) components.<br><br>*See, e.g.*, DataAire, "gForce Ultra by dataaire: A new era of variable capacity performance" Brochure (2016).<br><br>**ABOUT DATA AIRE**<br><br>Over 50 years ago, Data Aire recognized the need to protect critical data and joined forces with leading computer designers to develop their first precision air system for this emerging market.<br><br>Today, Data Aire provides an integrated approach for the precise control of sensitive computer room environments. Data Aire is an industry leader and manufacturer of floor-mounted units, ceiling-mounted units, specialty units, heat exchangers and system controls.<br><br>*See, e.g.*, DataAire, "gForce Ultra by dataaire: A new era of variable capacity performance" Brochure (2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>


<br>
See, e.g., DataAire, “gForce Ultra by dataaire: A new era of variable capacity performance” Brochure (2016).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | |













*See, e.g.*, DataAire, "gForce Ultra by dataaire: A new era of variable capacity performance" Brochure (2016).

| Claim Language | Exemplary Evidence |
| --- | --- |
| | Cooling data centers and other mission critical environments is an ever-changing challenge. Meeting this challenge while optimizing energy savings and dependability is the focus of Data Aire's recent product innovation. Data Aire is proud to introduce the latest in its line of gForce precision cooling units - gForce Ultra.<br><br>In addition to the impressive features found in Data Aire's gForce line, gForce Ultra also effectively manages fluctuating cooling demands, guarantees accurate cooling and achieves unsurpassed energy savings. All this is made possible by combining the advanced variable capacity technology with a Variable Frequency Drive Controller, Variable Speed Compressor, Electronic Expansion Valve and Venturi-Flo Refrigerant Distributor components.<br><br><br><br><br>*See, e.g.*, DataAire, "gForce Ultra Single and Dual Circuit: 22 to 125 kW Air/Water/Glycol Cooled" Brochure (2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>**Redefined Efficiency and Energy Savings**<br>• Variable speed operation increases efficiency because when running at lower capacities, units use less energy and save money<br>• Achieves greater turndown while saving energy when compared to standard unit capacity measures. Turn down ratio is 4:1<br>• Slowly ramps up inrush to avoid surges<br>**Increased Precision**<br>• Variable capacity technology quickly adapts to required cooling demands and retains a precise set point<br>• Effectively manages humidity and regulates temperature to ensure protection of mission critical data and potentially extends the lifetime of your cooling equipment<br>• Precise operation and control of fluctuating loads<br>**Scalability**<br>• Customizable for flexible capacity ranges from 2 to 35 tons (7-125 kW), depending on the gForce Ultra model selected<br>• Units can scale up or down in capacity to meet demand<br>• Energy savings at part load by ramping down to the exact needed capacity and power needed to run at a given capacity<br><br>*See, e.g.*, DataAire, "gForce Ultra Single and Dual Circuit: 22 to 125 kW Air/Water/Glycol Cooled" Brochure (2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **gForce Ultra CRAC Equipment: Using the Latest Variable Capacity Technology to Lower Energy Usage & Increase Reliability**<br>Seth Inyang, New Product Development Manager, Data Aire<br><br>Cooling data centers and other mission-critical environments is an ever-changing challenge. Doing so in an energy-efficient manner is an even bigger challenge. Today the CRAC (Computer Room Air Conditioning) units in use at most facilities rely on mechanically-modulating fixed speed or fixed capacity components. Although these units provide adequate climate control, they do so at a cost. Because the compressor, fans and other vital parts are either fully on or fully off, air cooling units based on this old technology must constantly cycle through the on/off mode in order to reach the desired end result. This consumes a lot of energy, and creates a great deal of wear and tear on the parts themselves.<br><br>To understand the inherent problem with mechanically-modulating compressors and other components, imagine if vehicles operated this way. What if in order to maintain speed you had to keep your foot on the gas, run your car engine flat out, but keep switching gears between neutral and drive? Not only would this waste a lot of fuel, it would also be extremely hard on the car.<br><br>**LUCKILY THERE'S A BETTER WAY**<br>The good news is, precision air cooling equipment that utilizes the latest variable capacity technology is now available, and it overcomes these problems.<br><br>In designing gForce Ultra, the latest extension of the popular line of floor-mounted CRAC equipment, Data Aire created a variable capacity unit in every sense of the phrase. This unit doesn't "just" have a variable capacity compressor. Every major component – from the fans to the electronic expansion valve to the refrigerant distributor – adjusts to variable demand.<br><br>The compressors and fans vary their capacity by speeding up and slowing down. The electronic expansion valve varies its capacity as the refrigerant flow through the valve changes. Even the components that do not move or modulate were designed to handle variable loads. In fact, from beginning to end, the gForce Ultra was designed so that the equipment varies its capacity to perfectly match the changing load demands of the room.<br><br>Instead of constantly cycling on and off, this unit smoothly ramps up or down to meet the demand, consuming only enough energy to meet that particular load. The end benefit of this variable capacity technology is lower energy usage and increased reliability. It's a better way to cool, and it's ushering in a new era of CRAC performance.<br><br>**HOW gFORCE ULTRA LOWERS ENERGY USAGE**<br><br>• **Eliminates the start/stop cycle –** Getting a mass moving and then stopping that mass from turning consumes a lot of energy. Because it truly is a variable capacity system, gForce Ultra eliminates the constant start/stop cycle offered by older technology. Instead, when there's more heat in the room the compressor simply speeds up to follow that heat load and maintain a constant temperature in the room.<br><br>*See, e.g.*, DataAire, gForce Ultra White Paper (May 20, 2015). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>




<br>
See, e.g., DataAire, “gForce Chilled Water 7 to 211 kW” Brochure (2019); DataAire, “gForce Ultra Single and Dual Circuit: 22 to 125 kW Air/Water/Glycol Cooled” Brochure (2019).
<br>


<br>
See, e.g., DataAire In Row Cooling Unit Installation, Operation and Maintenance Manual (2013).
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>







*See, e.g.*, DataAire dap4 User Manual (Oct. 2019); DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).

**Zone Master:** A feature that offers multiple dap4 controls a teamwork solution. Up to sixteen dap4 units may be arranged in the Zone Master network. The unit designated as the master has menus with selectable features of:

- Minimum number of units that must always be on
- Automatic lead/lag and standby unit rotation
- Activate a standby unit due to particular alarm conditions
- Activate standby units to assist with controlling temperature or airflow
- Inhibit control functions to prevent units from conflicting operations
- Primary and secondary schedules for economical control
- Unified zone airflow control

*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] receiving sensory data corresponding to a temperature from a subsystem in a data center; | DataAire's customers, when using the DataAire Supplied Products, received sensory data corresponding to a temperature from a subsystem in a data center.<br><br>**REMOTE TEMPERATURE AND HUMIDITY SENSORS**<br>Temperature and humidity sensors may be ordered for remote wall mounting in lieu of the standard return air sensors. Sensors are provided in a wall mounted plastic case for remote sensing of temperature and humidity. 35 feet of shielded cable is provided for field wiring. Other lengths available as well.<br><br>*See, e.g.*, DataAire, "gForce R-410A and R-407C" Brochure (Jul. 2019); *see also, e.g.*, DataAire, "gForce Chilled Water 7 to 211 kW" Brochure (Jul. 2019).<br><br>The following screen will be displayed (values are for reference only):<br><br>**Temp Sensors Used:** Up to 32 rack temperature sensors may be used. The default is None. The rack temperature can be used to control the fan speed when the fan control is set to "Mod to Rack". Otherwise, it is only for reference.<br><br>**Group Used:** This is the number of sensor groups. The default value is None. Rack sensors can be arranged in up to 16 individual groups. The temperature of each group is the average of its associated sensors<br><br>*See, e.g.*, DataAire gForce Ultra DX, Singl and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| |   *See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).   *See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **3.11 Rack Temperature Sensors**<br>The rack temperature sensors provide feedback to the cooling unit about the condition of the air entering the server racks. This information allows the gForce IR to ensure it is providing just enough cold air to each rack, virtually eliminating hotspots. Overcooling and excessive airflow are avoided, greatly reducing unnecessary energy consumption.<br>The unit is shipped with one (1) rack temperature sensor. Two (2) additional optional rack temperature sensors are available. The sensor is shipped with 20 feet of wire and can be mounted on the adjoining server racks (See paragraph 2.2).<br>In addition, there are discharge air (i.e., supply) and return air sensors pre-mounted and wired in the unit.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**3.12 Sensor Location**<br>For optimum performance the sensor or sensors may be installed in a variety of locations. Sensor location should be determined after the unit is operational. Recommended rack locations include:<br>• Sensor at the top of the server rack,<br>• In the highest density area of the rack<br>• In the path of the entering airflow of the server rack<br>• If there are fewer sensors than racks, place the sensor at the furthest rack(s). When dealing with some racks with higher densities, it might be useful to place sensor on every door.<br>• Reference section 2.4 for more details.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

**MENU H - CALIBRATE SENSORS**

MENU H allows calibration of the unit installed sensors. (Service Level password is required for entry).

Return air temperature and humidity sensors are standard with Data Aire units. Dependent on options and equipment type, a discharge air and chilled water sensor may be installed in the unit.

*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).




*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).




*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**System with Variable Speed Compressor**

Data Aire gForce Ultra DX series unit can be equipped with a variable speed compressor or a combination of a variable speed compressor and a fixed speed scroll compressor. In these types of unit, Dap4 controller will modulate the VFD of the variable speed compressor using a 0-10VDC signal to maintain either return air temperature setpoint or supply (discharge) air temperature set-point.

Dap4 Software configuration

i) There will be two additional compressor type selections added to compressor type: Var. Sp (single variable speed compressor) and Var. Sp + Fixed Sp (a variable speed plus a fixed speed compressor)

ii) Control mode: Return /Supply. Return is default setting. When control mode is set to Return, compressors will be controlled by the return air temperature sensor. When Supply is selected, compressor will be controlled by the discharge air temperature sensor.

*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).

**MENU B - SETPOINTS**

MENU B allows viewing and changing of Setpoints (Service Level password is required for entry)

Press the UP or DOWN key until “B. Setpoint” appears and is highlighted. Press the ENTER key.

Use the UP or DOWN key to scroll through the screens. Menu B has two screens.

The following will appear on the first Menu B screen (values are for reference only):




*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | The next screen in the status loop is the Rack Temperature Status screen, which displays the status of all optional rack sensor. (Note: this screen does not appear if rack sense 32 is not used). The highest or average (depending on selection) is shown on the top line, followed by individual sensor readings.<br><br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).<br>d) View Rack Temperatures or Variable Speed Compressor Status<br><br><br>*See, e.g.*, DataAire dap4 Touch User Manual (2018). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br><br>**Temp Sensors Used:** Select how many rack sensors are installed. If 1 or more sensors are installed, the rack mode is enabled and the settings below will appear. Range of selection is 0 (default) to 32. Note: An external rack sensor module is required when more than 1 sensor is selected. However, on the IRDX and IRCW model, up to three rack sensors may be installed without needing an external rack sensor module.<br>**Groups Used:** (only shown when external module is installed). This is the total number of groups that the sensors will be arranged in. Range of adjustment is: None (default setting) to 16. When groups are not used, all sensors are effectively in the same group.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>**Temp Setpoint:** This set point is used to control the return or discharge air temperature (whichever is chosen for control mode in the factory settings menu). The range of adjustment depends the temperature being controlled:<br>Return air: range is 65 to 85°F with a default value of 72.0°F.<br>Discharge air: range is 45 to 85°F with a default value of 72.0°F.<br>(If model is IRDX or CW only (no DX), maximum range increases to 105°F)<br>**Temp Deadband:** This is the amount temperature must rise above set point before the first stage of cooling turns on or CW valve begins to open. The range of adjustment depends the model:<br>IRDX: range is 1.1 to 10.0 °F with a default value of 2.0°F.<br>All other models: range is 2.0 to 5.0 °F with a default value of 2.0°F.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1b] processing the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center is operating within a predetermined temperature range; | DataAire's customers, when using the DataAire Supplied Products, processed the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>DataAire's customers used the DataAire Supplied Products to set temperature setpoints and control the DataAire Supplied Products to match the thermodynamic/IT head load.<br><br>**INTRODUCING gForce ULTRA:<br>A NEW STANDARD OF PRECISION, SCALABILITY AND ENERGY SAVINGS**<br><br>Cooling data centers and other mission critical environments is an ever-changing challenge. Meeting this challenge while optimizing energy savings and dependability is the focus of Data Aire's recent product innovation. Data Aire is proud to introduce the latest in its line of gForce precision cooling units – gForce Ultra.<br><br>In addition to the impressive features found in Data Aire's gForce line, gForce Ultra also effectively manages fluctuating cooling demands, guarantees accurate cooling and achieves unsurpassed energy savings. All this is made possible by combining the advanced variable capacity technology with a Variable Frequency Drive Controller (VFD), Variable Speed Compressor (VSC), Electronic Expansion Valve (EEV) and Venturi-Flo Refrigerant Distributor (VRD) components.<br><br>*See, e.g.*, DataAire, "gForce Ultra by dataaire: A new era of variable capacity performance" Brochure (2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>


See, e.g., DataAire, “gForce Ultra by dataaire: A new era of variable capacity performance” Brochure (2016).
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>








<br>
See, e.g., DataAire, “gForce Ultra by dataaire: A new era of variable capacity performance” Brochure (2016).
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

Cooling data centers and other mission critical environments is an ever-changing challenge. Meeting this challenge while optimizing energy savings and dependability is the focus of Data Aire's recent product innovation. Data Aire is proud to introduce the latest in its line of gForce precision cooling units – gForce Ultra.

In addition to the impressive features found in Data Aire's gForce line, gForce Ultra also effectively manages fluctuating cooling demands, guarantees accurate cooling and achieves unsurpassed energy savings. All this is made possible by combining the advanced variable capacity technology with a Variable Frequency Drive Controller, Variable Speed Compressor, Electronic Expansion Valve and Venturi-Flo Refrigerant Distributor components.




*See, e.g.*, DataAire, "gForce Ultra Single and Dual Circuit: 22 to 125 kW Air/Water/Glycol Cooled" Brochure (2019).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>


<br>
See, e.g., DataAire, “gForce Ultra Single and Dual Circuit: 22 to 125 kW Air/Water/Glycol Cooled” Brochure (2019).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **gForce Ultra CRAC Equipment: Using the Latest Variable Capacity Technology to Lower Energy Usage & Increase Reliability**<br>**Seth Inyang, New Product Development Manager, Data Aire**<br><br>Cooling data centers and other mission-critical environments is an ever-changing challenge. Doing so in an energy-efficient manner is an even bigger challenge. Today the CRAC (Computer Room Air Conditioning) units in use at most facilities rely on mechanically-modulating fixed speed or fixed capacity components. Although these units provide adequate climate control, they do so at a cost. Because the compressor, fans and other vital parts are either fully on or fully off, air cooling units based on this old technology must constantly cycle through the on/off mode in order to reach the desired end result. This consumes a lot of energy, and creates a great deal of wear and tear on the parts themselves.<br><br>To understand the inherent problem with mechanically-modulating compressors and other components, imagine if vehicles operated this way. What if in order to maintain speed you had to keep your foot on the gas, run your car engine flat out, but keep switching gears between neutral and drive? Not only would this waste a lot of fuel, it would also be extremely hard on the car.<br><br>**LUCKILY THERE'S A BETTER WAY**<br>The good news is, precision air cooling equipment that utilizes the latest variable capacity technology is now available, and it overcomes these problems.<br><br>In designing gForce Ultra, the latest extension of the popular line of floor-mounted CRAC equipment, Data Aire created a variable capacity unit in every sense of the phrase. This unit doesn't "just" have a variable capacity compressor. Every major component – from the fans to the electronic expansion valve to the refrigerant distributor – adjusts to variable demand.<br><br>The compressors and fans vary their capacity by speeding up and slowing down. The electronic expansion valve varies its capacity as the refrigerant flow through the valve changes. Even the components that do not move or modulate were designed to handle variable loads. In fact, from beginning to end, the gForce Ultra was designed so that the equipment varies its capacity to perfectly match the changing load demands of the room.<br><br>Instead of constantly cycling on and off, this unit smoothly ramps up or down to meet the demand, consuming only enough energy to meet that particular load. The end benefit of this variable capacity technology is lower energy usage and increased reliability. It's a better way to cool, and it's ushering in a new era of CRAC performance.<br><br>**HOW gFORCE ULTRA LOWERS ENERGY USAGE**<br><br>• **Eliminates the start/stop cycle –** Getting a mass moving and then stopping that mass from turning consumes a lot of energy. Because it truly is a variable capacity system, gForce Ultra eliminates the constant start/stop cycle offered by older technology. Instead, when there's more heat in the room the compressor simply speeds up to follow that heat load and maintain a constant temperature in the room.<br><br>*See, e.g.*, DataAire, gForce Ultra White Paper (May 20, 2015). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **CONTROL SYSTEM**<br><br>Every gForce unit come equipped with a dap™ 4 control system, which is the fastest and most advance microprocessor controller available on the market today. The system is comprised of two components – a display module and a control module. The display module includes a backlit liquid crystal display and six buttons for easy programming and communication. All programming, status and alarm conditions are displayed on the module in easy to read verbiage. The control module is mounted inside the unit and connected to the display module via a special "telephone" like cable.<br><br>The display module will allow recall and display of the high and low temperature and high and low humidity for the last 24 hours; current percent of capacity and average percent of capacity for the last hour of operation for cool 1, cool 2, reheat, humidification, dehumidification, component runtimes for fan motor(s), cooling stages, reheat, humidification, dehumidification and chilled water valve. Programming will have multilevel password and accomplished entirely from the front of the unit. Programmable functions shall be entered on flash memory to ensure program retention should power fail. The historical database shall be maintained by rechargeable battery backup. Multiple messages shall be displayed by automatically by scrolling from each message to the next. Alarm conditions shall be displayed by automatically scrolling from each message to the next. Alarm conditions, in addition to being displayed, shall enunciate an audible alarm. Four programmable summary contacts shall be available for remote alarm monitoring. Additional test or service terminal shall not be required for any functions. The control shall include temperature anticipation, moisture level humidity control and automatic flush cycles.<br><br>*See, e.g.*, DataAire, "Chilled Water 7 to 211 kW" Brochure (2012).<br><br>**Intelligent Controls**<br><br>**SMART SYSTEM CONTROLS FOR MISSION CRITICAL ENVIRONMENTS**<br>Incorporating advances based on years of control-logic experience, Data Aire system control products offer maximum operational flexibility and growth potential. From a versatile microprocessor controller or a dependable relay autochangeover unit, to accessories that help prevent hot spots in rack installations and compensate for short-term power outages, Data Aire technology keeps you in command.<br>The gForce systems come equipped with dap4 touch for the dap4 control panel. dap4 supports the following network protocols for integration with a Building Management System (BMS) for Computer Room Air Conditioning (CRAC) system monitoring and control: Modbus RTU, TCP/IP, SNMP V1 or V2, BACnet IP or MS/TP and LonTalk SNVT. Building Management System Interface: Unit(s) shall be furnished with an optional interface card to communicate directly with the Building Automation System (BAS) through a RS-485, Ethernet or LonTalk port. All alarms, set points, and operating parameters that are accessible from the unit mounted control panel shall also be made available through the BAS.<br><br>*See, e.g.*, DataAire, "gForce IR" Brochure (July 2019). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | ***COIL SECTION***<br><br>Designed for draw through application, the computer selected A-frame coil provides greater efficiency in the cooling and dehumidification process. Air is drawn through both slabs at velocities that provide effective surface exposure with minimum turbulence. The chilled water flow is controlled by a 3-way modulating mixing valve for accurate and economical temperature and dehumidification control. Bypass air is provided to prevent saturated air from being introduced into the controlled space. The coil sits in a stainless steel drain pan.<br><br>*See, e.g.*, DataAire, "gForce Chilled Water 7 to 211 kW" Brochure (2012).<br><br>1.03 CHILLED WATER CIRCUIT<br><br>A. The chilled water coil shall be in an "A" frame arrangement to allow maximum coil surface in a small cabinet. The coil shall be constructed of ½" O.D. copper tubes with 12 fins per inch of corrugated aluminum. Maximum face velocity shall be less than 500 feet per minute. Chilled water flow shall be controlled by a (3-way modulating valve for accurate and temperature control and dehumidification. Maximum working pressure of the chilled water circuit shall be 150 PSI.<br><br>B. The cooling coil shall sit in a stainless steel drain pan sloped for drainage. Properly sized condensate drain trap is required and shall be furnished and piped by the installing contractor.<br><br>*See, e.g.*, DataAire, "gForce Chilled Water 7 to 211 kW" Brochure (2012).<br><br><br><br><br><br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019); DataAire dap4 Installation, Operation & Maintenance Manual (Apr. 2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>



This is for the cooling temperature setpoint settings (to control the chilled water valve or compressor capacity):

See, e.g., DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014); see also, e.g., DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).

The following will appear if the fans are controlled based on Rack Temperature (values are for reference only):




This setpoint will control the fan motor modulation.

See, e.g., DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014); see also, e.g., DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>**Temp Setpoint:** This set point is used to control the return or discharge air temperature (whichever is chosen for control mode in the factory settings menu). The range of adjustment depends the temperature being controlled:<br>Return air: range is 65 to 85°F with a default value of 72.0°F.<br>Discharge air: range is 45 to 85°F with a default value of 72.0°F.<br>(If model is IRDX or CW only (no DX), maximum range increases to 105°F)<br><br>**Temp Deadband:** This is the amount temperature must rise above set point before the first stage of cooling turns on or CW valve begins to open. The range of adjustment depends the model:<br>IRDX: range is 1.1 to 10.0 °F with a default value of 2.0°F.<br>All other models: range is 2.0 to 5.0 °F with a default value of 2.0°F.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*Note: This screen is only shown when the fan is set to modulate to rack temperature in factory settings menu.*<br><br>**Temp Setpoint:** This fan temperature set point is used to control the fan speed based on the Rack Air Temperature. The range of adjustment is 65 to 85 °F with a default value of 72.0 °F.<br><br>**Temp Deadband:** This fan deadband is the amount that temperature must rise above the fan speed setpoint before fan speed will begin to increase. The range of adjustment is 1.0 to 5.0° with a default value of 2.0°.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).<br><br>As one example, DataAire's customers used the In Row cooling units as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. |

| Claim Language | Exemplary Evidence |
|---|---|
| | *(see below)* |




*See, e.g.*, DataAire, "gForce IR" Brochure (July 2019).




*See, e.g.*, DataAire, "gForce IR" Brochure (July 2019).

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **PROGRAMMABLE FUNCTIONS**<br>Temperature Setpoint<br>System Start Delay<br>Humidity Setpoint<br>Define Password<br>Compressor Short Cycle Alarm<br>Analog Module Sensor Setup*<br>High Temperature Alarm Limit<br>Firestat Temperature Alarm Limit<br>Calibrate Discharge Air Sensor*<br>Dehumidification Mode<br>Scheduled Normal Maintenance<br>Calibrate Humidity<br>Compressor Supplements to Energy Saver*<br>Low Discharge Temperature Alarm Limit*<br>Calibrate Chilled Water Temperature Sensor*<br>Temperature Deadband<br>Low Temperature Alarm Limit<br>High Humidity Alarm Limit<br>Reset Equipment Runtimes<br>Humidity Anticipation<br>Calibrate Temperature Sensor<br>Fan Speed Settings<br>Manual Diagnosis<br>Person to contact on Alarm<br>Humidifier Autoflush Timer*<br>Reheat Stages<br>Humidifier<br>Fan Control Mode<br>Humidity Deadband<br>Low Humidity Alarm Limit<br>Audio Alarm Mode<br>Compressors(s)<br>Temperature Scale<br>Delay for Optional Alarm 1, 2, 3, 4<br>Remote Alarm 1, 2, 3, 4 Selection<br>Compressor Lead/Lag Sequence<br>Power Problem or Restart Mode<br>Water Valve Mode<br>Network Protocol<br><br>*See, e.g.*, DataAire, "gForce IR" Brochure (July 2019).<br><br><br>This is for the cooling temperature setpoint settings (to control the chilled water valve or compressor capacity):<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | The following will appear if the fans are controlled based on Rack Temperature (values are for reference only):   This setpoint will control the fan motor modulation.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1 Chilled Water Units**<br>**8.1.1 CW Valve Control**<br>The chilled water valve for the gForce IR is the default to be controlled by discharge air temperature. In this mode the chilled water valve is modulating based on the control loop feedback PI (Proportional Integral loop).<br>In the dap4™ control Menu J – Factory Settings/Discharge Air PID screen, Band and Integration Time are seen. Band is the inverse of Proportional; the higher the band the slower the valve responds to a change in temperature. Integration Time is the same as the integral term. The higher the Integration Time, the closer the supply temperature will reach setpoint. However, if it is too high it could cause the system to be unstable.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
8.1.2 Fan Control Logic<br><br>
There are six different fan speed mode in CW IR logic:<br>
• Fan Speed Modulation to Rack Temperature<br>
• Fan Speed Modulation Proportional to Chilled Water Valve<br>
• Fan Speed Modulation to Return Air (RA) Temperature<br>
• Fan Speed Modulation for Constant Static Pressure Control<br>
• Fan Speed Modulation based on BMS Command<br>
• Constant Fan Speed<br><br>
See, e.g., DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>
8.1.2.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):<br><br>
The gForce Chilled Water IR is factory programmed with Modulation to Rack Temperature "Mod to Rack" mode on the chilled water fan mode selection (Menu J – Factory Settings). "Mod to Rack" is the default control logic.<br><br>
In this mode, the fans will be controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br><br>
The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br><br>
See, e.g., DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | • When the Maximum Rack Temperature is increasing:<br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed (56%).<br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed (100%).<br>• When the Maximum Rack Temperature is decreasing:<br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed (56%).<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1.2.2 Fan Speed Modulation Proportional to Chilled Water Valve:**<br>The CW Valve Action is an optional setting in which the chilled water valve opens and closes, and the fan speed modulates proportionally based on the CW valve action.<br>**8.1.2.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1 degree F above RA Temp setpoint plus RA Temp deadband. This feature is only available on CW equipment and requires an optional return air temperature sensor.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **8.2 Direct Expansion Units**<br>The control logic for the gForce DX IR unit is similar to the control logic for a chilled water IR unit in which the fans are controlled by Rack Temperature and Cooling function (variable capacity compressor) is controlled by Supply Temperature via PID loop as the default setting.<br><br>**8.2.1 Fan Control Logic**<br><br>There are six different fan speed mode in DX IR logic:<br>• Fan Speed Modulation to Rack Temperature<br>• Fan Speed Modulation based on Delta-T<br>• Fan Speed Modulation Proportional to Cooling Demand<br>• Fan Speed Modulation to Return Air (RA) Temperature<br>• Fan Speed Modulation based on BMS Command<br>• Constant Fan Speed<br><br>**8.2.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):**<br><br>This fan mode logic is identical to Chilled Water's mod to rack logic 8.1.2.1. The fan modulates to rack temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **8.2.1.2 Fan Speed Modulation Based on Delta-T (Mod to DeltaT):**<br><br>In this mode, the fan speed modulates to maintain a constant delta-T across the unit. The delta-T is calculated as the Return Air (RA) temperature minus the Discharge Air (DA) temperature. A PID loop is used to control the fan speed. As the delta-T increases, the fan speed runs slower. The delta-T setpoint ranges from 10°F to 40° (-12.2°C to 4.4°C). If the delta-T decreases lower than 5°F, then the fans run at minimum speed until the delta-T increase to more than 5°F.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.2.1.3 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):**<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 80% to 100% of fans total capacity and a minimum fan speed is as low as 70% of the maximum fan speed. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed setpoint to the maximum fan speed setpoint. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>**8.2.1.4 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br><br>This fan mode logic is identical to the Chilled Water "Mod to Ret Air" logic 8.1.2.3. The fans modulate based on return temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, DataAire's customers used Room/Perimeter cooling units in free-cooling/efficiency mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. Similarly, as another example, DataAire's customers used Room/Perimeter cooling units in normal mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>9.2.2.3 Energy saver/ auxiliary cooling without DX cooling assist in discharge temperature control.<br>The energy saver logic is similar to current energy saver logic without DX cooling assist.<br>• Energy Saver/Auxiliary Chilled Water Cooling will be available whenever the incoming water supply is below the setpoint of the Energy saver Water Thermostat in menu B-setpoint – Energy Saver.<br>• If system switches to DX cooling and chilled water temperature drops below the energy saver setpoint, the system will switch back to chilled water cooling after an energy saver lock-out time delay.<br>• The Energy Saver/Auxiliary Chilled Water mode will operate when discharge temperature is between the discharge air setpoint plus Energy saver to DX change-over band. If the temperature rises above this range, Energy Saver/Auxiliary Chilled Water Cooling will be inhibited for at least 15 minutes to an hour it depends on Energy saver Lockout delay setting in Factory settings menu, and only DX cooling will be available during this period. After a lockout time delay, system will try Energy Saver/Auxiliary Chilled Water Cooling again. Reheat should not be used in this mode.<br>• When unit switches to DX mode it will use the DX cooling logic in item a and b above to maintain the discharge temperature setpoint. All DX safeties are applied.<br>• dap4™ uses a preset PID loop to control CW valve to maintain discharge air temperature setpoint if energy saver chilled water is available and discharge air temperature is below setpoint plus Energy saver to DX change-over band.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 9.2.2.4 Energy saver/ auxiliary cooling with DX cooling assist in discharge temperature control.<br>• Energy Saver/Auxiliary Chilled Water Cooling can operate simultaneously with compressor cooling if Energy saver assist mode is set to 1 Comp or 2 Comp<br>• If Energy saver chilled water is available (inlet water temperature is below energy saver water thermostat set in menu B-setpoint), the chilled water will be used as a primary cooling, and DX will be a supplemental cooling.<br>• The Energy Saver/Auxiliary Chilled Water Cooling logic will be the same as the chilled water cooling logic of the discharge air temperature control, this means dap4™ uses a preset PID loop to control the CW valve to maintain a discharge air temperature setpoint,<br>• Low discharge temperature alarm limit must be set in menu K-Alarms & Limits. If Discharge temperature drops below this limit, compressors will be inhibited for at least 15 minutes and discharge temperature rises above this limit.<br>• If discharge temperature drops below the limit while the variable speed compressor finishing its minimum runtime the CW should close until discharge temperature rises above the limit.<br>• The following is the compressor staging sequence.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>**CW Mode:** This is the fan control settings for the unit when a chilled water valve is used. There are 6 different modes.<br>**DX Mode:** This is the fan control settings for the unit when a compressor runs. There are 6 different modes:<br>• Const Speed: See section 9.1.6.<br>• BMS Speed: See section 9.1.5.<br>• Mod to Rack: See section 9.1.1.<br>• Mod to RetT: See section 9.1.3.<br>• Mod to Comp: See section 9.1.2.<br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br>**9.1 Fan Control Logic**<br>There are six (6) different fan speed mode in DX logic:<br>• Fan Speed Modulation to Rack Temperature (Mod to Rack)<br>• Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp)<br>• Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT)<br>• Fan Speed Modulation to Constant Static Pressure (Air Pressure)<br>• Fan Speed Modulation based on BMS (BMS Speed)<br>• Constant Fan Speed (Const Speed)<br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 9.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):<br>In this mode the DX fan speed modulates based on rack temperature. Modulation to Rack Temperature "Mod to Rack" mode is found under Menu J – Factory Settings, Fan Settings.<br>The fans are controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br>The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br>• When the Maximum Rack Temperature is increasing:<br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed.<br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed.<br>• When the Maximum Rack Temperature is decreasing:<br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed.<br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 9.1.2 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 70% to 100% of fans total capacity. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed to the maximum fan speed. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>9.1.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):<br><br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1°F above RA Temp setpoint plus RA Temp deadband.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br><br>**FAN SPEED CONTROL FOR CHILLED WATER (CW) UNITS WITH PLUG FANS**<br>Nine (9) fan speed control modes can be selected for units with plug fans. The control modes are programmable (See Menu J – Factory Settings: Fan Settings). Any one of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>4. Static Pressure Constant (Air Pressure)<br>5. Airflow Constant (Const. flow)<br>6. Airflow Controlled by BMS (BMS Flow)<br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow)<br>8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>9. Mod to Rack<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>On units where proportional fan speed control based on the CW valve position is required, the maximum fan speed is programmed in MODULATE MAX menu, and the minimum fan speed as a percentage of the maximum fan speed is programmed via MODULATE MIN speed menu.<br><br>EXAMPLE: Assume a fan with a speed capacity of 1750 RPM, a maximum design fan speed of 1501 RPM and a minimum design fan speed of 901 RPM. Menu Modulate Max would be set to 1501/1750 = 0.8577 or 86%, and menu Modulate Min would be set to 901/1501 = 0.6003 or 60%.<br><br>When the fan starts, it will operate at the minimum fan speed. As the chilled water valve opens, the fan speed will modulate proportionally based on the CW valve position from the minimum fan speed (when the CW valve is fully closed) to the maximum fan speed (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow) - Optional<br>On units where proportional fan airflow control based on the CW valve position is required, the maximum airflow is programmed via Maximum Flow menu, and the minimum airflow as a percentage of the maximum airflow is programmed via Minimum Flow menu in Fan Air flow setting. This control mode requires an optional airflow measurement kit.<br><br>When the fan starts, it will operate at the minimum airflow value. As the chilled water valve opens, the fan airflow will modulate proportionally based on the CW valve position from the minimum airflow (when the CW valve is fully closed) to the maximum airflow (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>1. There is RA Temp fan setpoint and RA Temp fan Deadband in the setpoint group. These setpoint only display whenever the Fans speed by RA Temp mode is selected in the CW fan mode section in Factory Setting group<br><br>The logic for fan speed uses the maximum and minimum fan speeds from Modulate Max and Modulate Min speed menus. As the return temperature rises, the fan would start at the minimum and increase by 10%*(maximum fan speed-minimum fan speed) for every 0.1°F above RA Temp setpoint + RA Temp deadband. Fan speed reduces to minimum speed when RA temperature is at setpoint.<br><br>9. Mod to Rack.<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>**FAN SPEED CONTROL FOR DIRECT EXPANSION (DX) UNITS**<br>Six (6) fan speed control modes can be selected for DX units. The control modes are accessible through Menu J – Factory Settings. Either of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Static Pressure Constant (Air Pressure)<br>4. Airflow Constant (Const. flow)<br>5. Airflow Controlled by BMS (BMS Flow)<br>6. Mod to Rack<br><br>6. Mod to Rack<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*Note: This screen is only shown when the fan is set to modulate to rack temperature in factory settings menu.*<br>**Temp Setpoint:** This fan temperature set point is used to control the fan speed based on the Rack Air Temperature. The range of adjustment is 65 to 85 °F with a default value of 72.0 °F.<br>**Temp Deadband:** This fan deadband is the amount that temperature must rise above the fan speed setpoint before fan speed will begin to increase. The range of adjustment is 1.0 to 5.0° with a default value of 2.0°.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
Operation of Fan<br>
When the system is turned on, the fan(s) will start running and must run for a full minute before any temperature or humidity control functions will begin.<br>
Note on minidap4: The fan can be set to “Automatic” mode. This allows to fan to turn off until there is a need for temperature or humidity control.<br>
Fan Speed:<br>
Modulation of plug fan speed is based on the CW and DX mode selection. (Note: selections are limited based on the unit model).<br>
Constant Speed: Fan runs at a constant speed setting and is not modulated.<br>
BMS Speed*: Fan begins at the constant speed setting then modulates according to a BMS value.<br>
Vlv Pos Speed: Fan modulates based on the position of the CW valve.<br>
Air Pressure: Fan modulates to maintain the static air pressure set point.<br>
Const Flow: Fan modulates to maintain the airflow set point.<br>
BMS Flow: Fan modulates to maintain the airflow of the BMS.<br>
Vlv Pos Flow: Fan modulates to maintain the airflow based on CW valve position.<br>
Return Air T.: Fan modulates to return air temperature to maintain temp set point.<br>
Mod to Rack: Fan modulates to rack temperature to maintain temperature set point.<br>
Mod to Comp: Fan modulates to variable compressor speed.<br>
Mod to deltaT: (Shown only on IRDX model). Fan will modulate to the difference between return and discharge temperature to maintain the delta temperature set point.<br>
<br>
See, e.g., DataAire dap4 User Manual (Oct. 2019).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1c] adjusting a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range; and | DataAire's customers, when using the DataAire Supplied Products, adjusted a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>As one example, DataAire's customers used In Row cooling units as the "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.<br><br><br><br>This is for the cooling temperature setpoint settings (to control the chilled water valve or compressor capacity):<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | The following will appear if the fans are controlled based on Rack Temperature (values are for reference only):<br><br>This setpoint will control the fan motor modulation.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1 Chilled Water Units**<br>**8.1.1 CW Valve Control**<br>The chilled water valve for the gForce IR is the default to be controlled by discharge air temperature. In this mode the chilled water valve is modulating based on the control loop feedback PI (Proportional Integral loop).<br>In the dap4™ control Menu J – Factory Settings/Discharge Air PID screen, Band and Integration Time are seen. Band is the inverse of Proportional; the higher the band the slower the valve responds to a change in temperature. Integration Time is the same as the integral term. The higher the Integration Time, the closer the supply temperature will reach setpoint. However, if it is too high it could cause the system to be unstable.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **8.1.2 Fan Control Logic**<br><br>There are six different fan speed mode in CW IR logic:<br>• Fan Speed Modulation to Rack Temperature<br>• Fan Speed Modulation Proportional to Chilled Water Valve<br>• Fan Speed Modulation to Return Air (RA) Temperature<br>• Fan Speed Modulation for Constant Static Pressure Control<br>• Fan Speed Modulation based on BMS Command<br>• Constant Fan Speed<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1.2.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):**<br><br>The gForce Chilled Water IR is factory programmed with Modulation to Rack Temperature "Mod to Rack" mode on the chilled water fan mode selection (Menu J – Factory Settings). "Mod to Rack" is the default control logic.<br><br>In this mode, the fans will be controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br><br>The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | • When the Maximum Rack Temperature is increasing:<br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed (56%).<br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed (100%).<br>• When the Maximum Rack Temperature is decreasing:<br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed (56%).<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1.2.2 Fan Speed Modulation Proportional to Chilled Water Valve:**<br>The CW Valve Action is an optional setting in which the chilled water valve opens and closes, and the fan speed modulates proportionally based on the CW valve action.<br>**8.1.2.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1 degree F above RA Temp setpoint plus RA Temp deadband. This feature is only available on CW equipment and requires an optional return air temperature sensor.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **8.2 Direct Expansion Units**<br>The control logic for the gForce DX IR unit is similar to the control logic for a chilled water IR unit in which the fans are controlled by Rack Temperature and Cooling function (variable capacity compressor) is controlled by Supply Temperature via PID loop as the default setting.<br>**8.2.1 Fan Control Logic**<br>There are six different fan speed mode in DX IR logic:<br>• Fan Speed Modulation to Rack Temperature<br>• Fan Speed Modulation based on Delta-T<br>• Fan Speed Modulation Proportional to Cooling Demand<br>• Fan Speed Modulation to Return Air (RA) Temperature<br>• Fan Speed Modulation based on BMS Command<br>• Constant Fan Speed<br>**8.2.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):**<br>This fan mode logic is identical to Chilled Water's mod to rack logic 8.1.2.1. The fan modulates to rack temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **8.2.1.2 Fan Speed Modulation Based on Delta-T (Mod to DeltaT):**<br><br>In this mode, the fan speed modulates to maintain a constant delta-T across the unit. The delta-T is calculated as the Return Air (RA) temperature minus the Discharge Air (DA) temperature. A PID loop is used to control the fan speed. As the delta-T increases, the fan speed runs slower. The delta-T setpoint ranges from 10°F to 40° (-12.2°C to 4.4°C). If the delta-T decreases lower than 5°F, then the fans run at minimum speed until the delta-T increase to more than 5°F.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.2.1.3 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):**<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 80% to 100% of fans total capacity and a minimum fan speed is as low as 70% of the maximum fan speed. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed setpoint to the maximum fan speed setpoint. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>**8.2.1.4 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br><br>This fan mode logic is identical to the Chilled Water "Mod to Ret Air" logic 8.1.2.3. The fans modulate based on return temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | As another example, DataAire's customers used Room/Perimeter cooling units in free-cooling/efficiency mode as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range. Similarly, as another example, DataAire's customers used Room/Perimeter cooling units in normal mode as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>9.2.2.3 Energy saver/ auxiliary cooling without DX cooling assist in discharge temperature control.<br>The energy saver logic is similar to current energy saver logic without DX cooling assist.<br>• Energy Saver/Auxiliary Chilled Water Cooling will be available whenever the incoming water supply is below the setpoint of the Energy saver Water Thermostat in menu B-setpoint – Energy Saver.<br>• If system switches to DX cooling and chilled water temperature drops below the energy saver setpoint, the system will switch back to chilled water cooling after an energy saver lock-out time delay.<br>• The Energy Saver/Auxiliary Chilled Water mode will operate when discharge temperature is between the discharge air setpoint plus Energy saver to DX change-over band. If the temperature rises above this range, Energy Saver/Auxiliary Chilled Water Cooling will be inhibited for at least 15 minutes to an hour it depends on Energy saver Lockout delay setting in Factory settings menu, and only DX cooling will be available during this period. After a lockout time delay, system will try Energy Saver/Auxiliary Chilled Water Cooling again. Reheat should not be used in this mode.<br>• When unit switches to DX mode it will use the DX cooling logic in item a and b above to maintain the discharge temperature setpoint. All DX safeties are applied.<br>• dap4™ uses a preset PID loop to control CW valve to maintain discharge air temperature setpoint if energy saver chilled water is available and discharge air temperature is below setpoint plus Energy saver to DX change-over band.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 9.2.2.4 Energy saver/ auxiliary cooling with DX cooling assist in discharge temperature control.<br>• Energy Saver/Auxiliary Chilled Water Cooling can operate simultaneously with compressor cooling if Energy saver assist mode is set to 1 Comp or 2 Comp<br>• If Energy saver chilled water is available (inlet water temperature is below energy saver water thermostat set in menu B-setpoint), the chilled water will be used as a primary cooling, and DX will be a supplemental cooling.<br>• The Energy Saver/Auxiliary Chilled Water Cooling logic will be the same as the chilled water cooling logic of the discharge air temperature control, this means dap4™ uses a preset PID loop to control the CW valve to maintain a discharge air temperature setpoint,<br>• Low discharge temperature alarm limit must be set in menu K-Alarms & Limits. If Discharge temperature drops below this limit, compressors will be inhibited for at least 15 minutes and discharge temperature rises above this limit.<br>• If discharge temperature drops below the limit while the variable speed compressor finishing its minimum runtime the CW should close until discharge temperature rises above the limit.<br>• The following is the compressor staging sequence.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>**CW Mode:** This is the fan control settings for the unit when a chilled water valve is used. There are 6 different modes.<br>**DX Mode:** This is the fan control settings for the unit when a compressor runs. There are 6 different modes:<br>• Const Speed: See section 9.1.6.<br>• BMS Speed: See section 9.1.5.<br>• Mod to Rack: See section 9.1.1.<br>• Mod to RetT: See section 9.1.3.<br>• Mod to Comp: See section 9.1.2.<br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br>**9.1 Fan Control Logic**<br>There are six (6) different fan speed mode in DX logic:<br>• Fan Speed Modulation to Rack Temperature (Mod to Rack)<br>• Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp)<br>• Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT)<br>• Fan Speed Modulation to Constant Static Pressure (Air Pressure)<br>• Fan Speed Modulation based on BMS (BMS Speed)<br>• Constant Fan Speed (Const Speed)<br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>9.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):<br><br>In this mode the DX fan speed modulates based on rack temperature. Modulation to Rack Temperature "Mod to Rack" mode is found under Menu J – Factory Settings, Fan Settings.<br><br>The fans are controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br><br>The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br><br>• When the Maximum Rack Temperature is increasing:<br><br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed.<br><br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed.<br><br>• When the Maximum Rack Temperature is decreasing:<br><br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br><br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed.<br><br>See, e.g., DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 9.1.2 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 70% to 100% of fans total capacity. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed to the maximum fan speed. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>9.1.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):<br><br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1°F above RA Temp setpoint plus RA Temp deadband.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br><br>**FAN SPEED CONTROL FOR CHILLED WATER (CW) UNITS WITH PLUG FANS**<br>Nine (9) fan speed control modes can be selected for units with plug fans. The control modes are programmable (See Menu J – Factory Settings: Fan Settings). Any one of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>4. Static Pressure Constant (Air Pressure)<br>5. Airflow Constant (Const. flow)<br>6. Airflow Controlled by BMS (BMS Flow)<br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow)<br>8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>9. Mod to Rack<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>On units where proportional fan speed control based on the CW valve position is required, the maximum fan speed is programmed in MODULATE MAX menu, and the minimum fan speed as a percentage of the maximum fan speed is programmed via MODULATE MIN speed menu.<br><br>EXAMPLE: Assume a fan with a speed capacity of 1750 RPM, a maximum design fan speed of 1501 RPM and a minimum design fan speed of 901 RPM. Menu Modulate Max would be set to 1501/1750 = 0.8577 or 86%, and menu Modulate Min would be set to 901/1501 = 0.6003 or 60%.<br><br>When the fan starts, it will operate at the minimum fan speed. As the chilled water valve opens, the fan speed will modulate proportionally based on the CW valve position from the minimum fan speed (when the CW valve is fully closed) to the maximum fan speed (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow) - Optional<br>On units where proportional fan airflow control based on the CW valve position is required, the maximum airflow is programmed via Maximum Flow menu, and the minimum airflow as a percentage of the maximum airflow is programmed via Minimum Flow menu in Fan Air flow setting. This control mode requires an optional airflow measurement kit.<br><br>When the fan starts, it will operate at the minimum airflow value. As the chilled water valve opens, the fan airflow will modulate proportionally based on the CW valve position from the minimum airflow (when the CW valve is fully closed) to the maximum airflow (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>1. There is RA Temp fan setpoint and RA Temp fan Deadband in the setpoint group. These setpoint only display whenever the Fans speed by RA Temp mode is selected in the CW fan mode section in Factory Setting group<br><br>The logic for fan speed uses the maximum and minimum fan speeds from Modulate Max and Modulate Min speed menus. As the return temperature rises, the fan would start at the minimum and increase by 10%*(maximum fan speed-minimum fan speed) for every 0.1°F above RA Temp setpoint + RA Temp deadband. Fan speed reduces to minimum speed when RA temperature is at setpoint.<br><br>9. Mod to Rack.<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>**FAN SPEED CONTROL FOR DIRECT EXPANSION (DX) UNITS**<br>Six (6) fan speed control modes can be selected for DX units. The control modes are accessible through Menu J – Factory Settings. Either of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Static Pressure Constant (Air Pressure)<br>4. Airflow Constant (Const. flow)<br>5. Airflow Controlled by BMS (BMS Flow)<br>6. Mod to Rack<br><br>6. Mod to Rack<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br><br>*Note: This screen is only shown when the fan is set to modulate to rack temperature in factory settings menu.*<br>**Temp Setpoint:** This fan temperature set point is used to control the fan speed based on the Rack Air Temperature. The range of adjustment is 65 to 85 °F with a default value of 72.0 °F.<br>**Temp Deadband:** This fan deadband is the amount that temperature must rise above the fan speed setpoint before fan speed will begin to increase. The range of adjustment is 1.0 to 5.0° with a default value of 2.0°.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Operation of Fan**<br>When the system is turned on, the fan(s) will start running and must run for a full minute before any temperature or humidity control functions will begin.<br>*Note on minidap4:* The fan can be set to "Automatic" mode. This allows to fan to turn off until there is a need for temperature or humidity control.<br>**Fan Speed:**<br>Modulation of plug fan speed is based on the CW and DX mode selection. (Note: selections are limited based on the unit model).<br>**Constant Speed:** Fan runs at a constant speed setting and is not modulated.<br>**BMS Speed*:** Fan begins at the constant speed setting then modulates according to a BMS value.<br>**Vlv Pos Speed:** Fan modulates based on the position of the CW valve.<br>**Air Pressure:** Fan modulates to maintain the static air pressure set point.<br>**Const Flow:** Fan modulates to maintain the airflow set point.<br>**BMS Flow:** Fan modulates to maintain the airflow of the BMS.<br>**Vlv Pos Flow:** Fan modulates to maintain the airflow based on CW valve position.<br>**Return Air T.:** Fan modulates to return air temperature to maintain temp set point.<br>**Mod to Rack:** Fan modulates to rack temperature to maintain temperature set point.<br>**Mod to Comp:** Fan modulates to variable compressor speed.<br>**Mod to deltaT:** (Shown only on IRDX model). Fan will modulate to the difference between return and discharge temperature to maintain the delta temperature set point.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1d] requesting a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range unless the second agent redistributes the cooling fluid being delivered to one or more areas in the data center. | DataAire's customers, when using the DataAire Supplied Products, requested a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center.<br><br>As one example, DataAire's customers used In Row cooling units as the "second agent" in the hierarchy of agents to process the sensory data when the first agent (e.g., a first In Row cooling unit) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., a second In Row cooling unit) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center.<br><br><br>This is for the cooling temperature setpoint settings (to control the chilled water valve or compressor capacity):<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | The following will appear if the fans are controlled based on Rack Temperature (values are for reference only):   This setpoint will control the fan motor modulation.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1 Chilled Water Units**<br>**8.1.1 CW Valve Control**<br>The chilled water valve for the gForce IR is the default to be controlled by discharge air temperature. In this mode the chilled water valve is modulating based on the control loop feedback PI (Proportional Integral loop).<br>In the dap4™ control Menu J – Factory Settings/Discharge Air PID screen, Band and Integration Time are seen. Band is the inverse of Proportional; the higher the band the slower the valve responds to a change in temperature. Integration Time is the same as the integral term. The higher the Integration Time, the closer the supply temperature will reach setpoint. However, if it is too high it could cause the system to be unstable.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **8.1.2 Fan Control Logic**<br>There are six different fan speed mode in CW IR logic:<br>• Fan Speed Modulation to Rack Temperature<br>• Fan Speed Modulation Proportional to Chilled Water Valve<br>• Fan Speed Modulation to Return Air (RA) Temperature<br>• Fan Speed Modulation for Constant Static Pressure Control<br>• Fan Speed Modulation based on BMS Command<br>• Constant Fan Speed<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1.2.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):**<br>The gForce Chilled Water IR is factory programmed with Modulation to Rack Temperature "Mod to Rack" mode on the chilled water fan mode selection (Menu J – Factory Settings). "Mod to Rack" is the default control logic.<br>In this mode, the fans will be controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br>The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | • When the Maximum Rack Temperature is increasing:<br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed (56%).<br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed (100%).<br>• When the Maximum Rack Temperature is decreasing:<br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed (56%).<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.1.2.2 Fan Speed Modulation Proportional to Chilled Water Valve:**<br>The CW Valve Action is an optional setting in which the chilled water valve opens and closes, and the fan speed modulates proportionally based on the CW valve action.<br>**8.1.2.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1 degree F above RA Temp setpoint plus RA Temp deadband. This feature is only available on CW equipment and requires an optional return air temperature sensor.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **8.2 Direct Expansion Units**<br>The control logic for the gForce DX IR unit is similar to the control logic for a chilled water IR unit in which the fans are controlled by Rack Temperature and Cooling function (variable capacity compressor) is controlled by Supply Temperature via PID loop as the default setting.<br><br>**8.2.1 Fan Control Logic**<br><br>There are six different fan speed mode in DX IR logic:<br>• Fan Speed Modulation to Rack Temperature<br>• Fan Speed Modulation based on Delta-T<br>• Fan Speed Modulation Proportional to Cooling Demand<br>• Fan Speed Modulation to Return Air (RA) Temperature<br>• Fan Speed Modulation based on BMS Command<br>• Constant Fan Speed<br><br>**8.2.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):**<br><br>This fan mode logic is identical to Chilled Water's mod to rack logic 8.1.2.1. The fan modulates to rack temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **8.2.1.2 Fan Speed Modulation Based on Delta-T (Mod to DeltaT):**<br><br>In this mode, the fan speed modulates to maintain a constant delta-T across the unit. The delta-T is calculated as the Return Air (RA) temperature minus the Discharge Air (DA) temperature. A PID loop is used to control the fan speed. As the delta-T increases, the fan speed runs slower. The delta-T setpoint ranges from 10°F to 40° (-12.2°C to 4.4°C). If the delta-T decreases lower than 5°F, then the fans run at minimum speed until the delta-T increase to more than 5°F.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**8.2.1.3 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):**<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 80% to 100% of fans total capacity and a minimum fan speed is as low as 70% of the maximum fan speed. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed setpoint to the maximum fan speed setpoint. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>**8.2.1.4 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):**<br><br>This fan mode logic is identical to the Chilled Water "Mod to Ret Air" logic 8.1.2.3. The fans modulate based on return temperature to control DX fan speed.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **2.4.3 Redundancy**<br><br>The Zone Master option is required to have redundancy between IR units. This allows the IR units to either work together, rotate ON/OFF or work as a lead/lag setup for up to 16 IR units in a single zone.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**7.18 Zone Master**<br>The gForce IR units with optional Zone Master control will be shipped with a supplemental manual detailing programming and individual screens on the dap4™ controller.<br><br>*See, e.g.*, DataAire gForce In Row Cooling Unit Installation, Operation and Maintenance Manual (Nov. 2013).<br><br>**1.0 Introduction**<br><br>The Zone Master offers unit lead/lag, rotation and a teamwork control solution for Data Aire units.<br><br>The Zone Master consists of one Master Unit and up to fifteen (15) Slave Units. Unit #1 is always assigned as the Master Unit (U1). Units #2 through #16 are slave units. Zone Master control logic is configured in the Master unit.<br><br>The Zone Master units are connected together in a daisy chain topology using the dap4 pLAN communication port (see the dap4 Zone Master wiring connections on page 9).<br>Note: The Zone Master is optional and requires an Activation Code for each unit in the zone.<br><br>The Zone Master provides selectable logic choices as listed below:<br><br>• Auto Lead/Lag Standby Rotation<br>• Secondary Operating Schedule for Economical Control<br>• Activate Standby Unit on Selectable Alarm<br>• Turn Unit Off Selectable Alarm<br>• Zone Inhibit Control Preventing Units from Conflicting Operations<br>• Standby Unit Activation on Temperature Control<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Zone Master:** A feature that offers multiple dap4 controls a teamwork solution. Up to sixteen dap4 units may be arranged in the Zone Master network. The unit designated as the master has menus with selectable features of:<br>• Minimum number of units that must always be on<br>• Automatic lead/lag and standby unit rotation<br>• Activate a standby unit due to particular alarm conditions<br>• Activate standby units to assist with controlling temperature or airflow<br>• Inhibit control functions to prevent units from conflicting operations<br>• Primary and secondary schedules for economical control<br>• Unified zone airflow control<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).<br><br>2. The standby units that are not required to always run will hold off the blower and all cooling, heating, dehumidification and humidification functions unless among the units which are ONbyZM the average return air temperature in the zone is more than the average setpoint plus average deadband plus 1.5°. If this occurs, one of the STBbyZM will change its status to ONbyZM. The blower of the standby unit will start and the standby unit will then be allowed to regulate cooling as if it was in the ON mode. Normal operation messages will be displayed whenever a standby unit has been reactivated for operation.<br><br>If the temperature and humidity condition at the standby unit are satisfied, it will return to inactive (STBbyZM) when the average zone temperature is maintained below the average setpoint plus the average deadband for 15 minutes (this is adjustable and has a range from 30 to 999 seconds).<br><br>If the temperature or humidity condition at the standby unit isn't satisfied even though the zone's average temperature is maintained below average setpoint plus deadband for 15 minutes (adjustable), the unit will continue to run until its temperature and humidity is satisfied. Its status will be RUNtoSTB (run to standby). Once its own temperature and humidity setpoint is reached, if the zone average temperature is below setpoint plus deadband, the zone master will turn the unit to standby and the status will be STBbyZM.<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>




**Temperature Assist –** Press the Enter key. The cursor will flash by the current entry. To change the entry, press the Up or Down key. There are two choices, Yes or No. If set to Yes, the Zone Master will be enabled to ask a standby unit to come on when the average temperature is higher than the cooling setpoint plus deadband plus 1.5°F.

*See, e.g.*, DataAire dap4 Zone Master Suplement (2012).

1.1.2 Standby Alarm Logic – Within a zone one or more units may be designated as STANDBY (STDBY) units which are only available when required by an alarm condition. The Zone Master is designed to detect alarm conditions and to activate standby units as necessary.

Note: Standby unit activation and deactivation are independent of other zones

The user may assign one or more alarms as “Standby Alarms” by selecting Y (yes) in Zone Master Alarms page (see Zone Master Set-Up). The Zone master temporarily activates standby units to supplement units that have experienced one or more Standby Alarms per the following rules:

- For each unit in a zone that experiences a Standby Alarm, a standby unit will activated (if available) in that zone
- Once activated, each activated standby unit remains ON until the Standby Alarm has gone away and for fifteen minutes (adjustable) thereafter.

*See, e.g.*, DataAire dap4 Zone Master Suplement (2012).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

Status Loop (continued):

The next screen in the status loop is the Zone Status screen, which displays the status of the zone. (Note: this screen only appears on the Master control when the Zone Master feature is enabled).




The next screen the Zone Units screen, which displays the status of each units in the zone. (Note: this screen only appears on the Master control when the Zone Master feature is enabled).




Touch the unit icon to see specific information such as Temperature, Humidity and Airflow. General unit status is indicated by color:

**Green = Unit On** **Blue = Unit in Standby**

**Red = Unit in Alarm** **Gray = Unit set not to participate**

*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

MENU M – SET ZONE MASTER

***Notice: The Zone Master menu only appears on the Master controller (Unit at address 1) when the zone master feature is enabled.***




**Zone ID:** Within the same area, there may be more than one zone. This setting is sent out to all units to identify which zone the unit belongs to.

**Units:** Set this to the total number of units that are connected to the network (including the Master).

**Online:** The master will automatically detect how many units are connected to the Zone Master network. This number should match the number of units that you set above. An “off line' alarm will occur if any unit is not detected.

**Finish Run->Stdby:** When set to “Yes” any assisting unit must finish performing any temperature or humidity control operation before it can return to the standby mode.

**Primary or Secondary Schedule:** Selecting a secondary schedule offers even greater flexibility so that units can have different modes based on a time schedule.

**Number Units On:** This setting determines how many units will constantly be on, regardless of demand. The remainder of the units will be in standby (unless set to be in off mode). The Zone Master can be set to turn additional units on when demand increases.

**Fan Modes:**

**Disabled** (default) - The Zone Master does not control the fan of the units. Each unit will use its own fan control method.

**Fan Mode: C. Airflow** – The Zone Master will modulate the fan speed of all running units in the zone to maintain the zone airflow set point. This selection requires an optional airflow measuring sensor to be installed.

**Unity CI:** Similar to the C. Airflow listed above, but the air flow setpoint is determined by a value communicated by an external control system.

**Max Rack** - The Zone Master will modulate the fan speed of all running units in the zone to the highest rack temperature. This selection requires optional rack temperature sensors.

*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **MENU M – Set Zone Master (continued)**<br><br>**Avg Rack -** The Zone Master will modulate the fan speed of all running units in the zone to the average rack temperature. This selection requires optional rack temperature sensors.<br><br>**C Air Prs -** The Zone Master will modulate the fan speed of all running units in the zone to maintain static air pressure. If all units have an air pressure sensor installed, the master will use the lowest usable reading. Otherwise the master will use its air pressure sensor.<br><br><br><br>*This screen will only appear if Fan Mode is set to "C. Flow".*<br><br>**Zone AF SP -** The airflow set point for the zone in cubic feet per minute. This set point is the same one that appears on the "Zone Airflow" screen in the set points loop.<br><br>**Integration Time –** This setting determines the time before modulation will be changed to eliminate the difference between measured and set point.<br><br>**Band Factor –** This setting is how tight to the set point that modulation will swing. The larger the band, the less swing in modulation.<br><br>**Derivative Time –** This setting determines how sudden the modulation should change as a result of a change in measured air flow. It attempts to eliminate "overshooting" the set point.<br><br>**Assist on Demand –** Allows you to set the amount of fan demand where a standby unit will be requested to run (after the Standby On time setting described below). For example; if set to 75%, the master would request a standby unit to turn on when fan modulation reaches a demand of 75%.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | See below |

**MENU M – Set Zone Master (continued)**




**Temperature Assist** – If set to “Yes”, the Master will be allowed to request additional standby units to come on when the average zone temperature is higher than the cooling set point plus dead band plus 1.5°F.

**ES Before DX**: If set to “Yes”, the units in the zone will run in CW Energy Saver mode prior switching to DX cooling.

**Tmp Assist Band:** (only shown when ES Before DX is enabled). Offers an adjustable band of 1.0 to 10.0 degrees (default of 1.5) instead of the fixed 1.5°F for temperature assist.

**Engy DX Band:** (only shown when ES Before DX is enabled). Offers an adjustable band of 1.3 to 10.0 degrees (default of 1.3) instead of the fixed 1.3°F threshold that is added to DX staging when energy saver is running.

**Standby On Delay** – This is how long the master will wait before requesting a standby unit to turn on. The range of adjustment is 30 to 999 seconds, with a default setting of 30 seconds.

**Standby Off Delay** – This is how long the master will wait before allowing a unit to return to standby. The range of adjustment is 30 to 999 seconds, with a default of 900 seconds. Note: although the master may allow a unit to return to standby after this delay has expired, the unit may continue to run if the “Finish Run->Stdby” selection is set to “Yes”.

**Enable Inhibit** – If set to “Yes” (the default and recommended setting), the Zone Master will prevent units from performing conflicting operations. For example: If any unit is cooling, others will be prevented from heating, or if any unit is dehumidifying, other will be prevented from humidification.

*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).

| Claim Language | Exemplary Evidence |
| --- | --- |
| | As another example, DataAire's customers used Room/Perimeter cooling units in normal mode as the "second agent" in the hierarchy of agents to process the sensor data when the first agent (e.g., an In Row cooling unit; a Room/Perimeter cooling unit in free-cooling/efficiency mode; or a first Room/Perimeter cooling unit in normal mode) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., a Room/Perimeter cooling unit in normal mode; or a second Room/Perimeter cooling unit in normal mode) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center.<br><br>9.2.2.3 Energy saver/ auxiliary cooling without DX cooling assist in discharge temperature control.<br>The energy saver logic is similar to current energy saver logic without DX cooling assist.<br>• Energy Saver/Auxiliary Chilled Water Cooling will be available whenever the incoming water supply is below the setpoint of the Energy saver Water Thermostat in menu B-setpoint – Energy Saver.<br>• If system switches to DX cooling and chilled water temperature drops below the energy saver setpoint, the system will switch back to chilled water cooling after an energy saver lock-out time delay.<br>• The Energy Saver/Auxiliary Chilled Water mode will operate when discharge temperature is between the discharge air setpoint plus Energy saver to DX change-over band. If the temperature rises above this range, Energy Saver/Auxiliary Chilled Water Cooling will be inhibited for at least 15 minutes to an hour it depends on Energy saver Lockout delay setting in Factory settings menu, and only DX cooling will be available during this period. After a lockout time delay, system will try Energy Saver/Auxiliary Chilled Water Cooling again. Reheat should not be used in this mode.<br>• When unit switches to DX mode it will use the DX cooling logic in item a and b above to maintain the discharge temperature setpoint. All DX safeties are applied.<br>• dap4™ uses a preset PID loop to control CW valve to maintain discharge air temperature setpoint if energy saver chilled water is available and discharge air temperature is below setpoint plus Energy saver to DX change-over band.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 9.2.2.4 Energy saver/ auxiliary cooling with DX cooling assist in discharge temperature control.<br>• Energy Saver/Auxiliary Chilled Water Cooling can operate simultaneously with compressor cooling if Energy saver assist mode is set to 1 Comp or 2 Comp<br>• If Energy saver chilled water is available (inlet water temperature is below energy saver water thermostat set in menu B-setpoint), the chilled water will be used as a primary cooling, and DX will be a supplemental cooling.<br>• The Energy Saver/Auxiliary Chilled Water Cooling logic will be the same as the chilled water cooling logic of the discharge air temperature control, this means dap4™ uses a preset PID loop to control the CW valve to maintain a discharge air temperature setpoint,<br>• Low discharge temperature alarm limit must be set in menu K-Alarms & Limits. If Discharge temperature drops below this limit, compressors will be inhibited for at least 15 minutes and discharge temperature rises above this limit.<br>• If discharge temperature drops below the limit while the variable speed compressor finishing its minimum runtime the CW should close until discharge temperature rises above the limit.<br>• The following is the compressor staging sequence.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>




**CW Mode:** This is the fan control settings for the unit when a chilled water valve is used. There are 6 different modes.

**DX Mode:** This is the fan control settings for the unit when a compressor runs. There are 6 different modes:

- Const Speed: See section 9.1.6.
- BMS Speed: See section 9.1.5.
- Mod to Rack: See section 9.1.1.
- Mod to RetT: See section 9.1.3.
- Mod to Comp: See section 9.1.2.

*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).

**9.1 Fan Control Logic**

There are six (6) different fan speed mode in DX logic:

- Fan Speed Modulation to Rack Temperature (Mod to Rack)
- Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp)
- Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT)
- Fan Speed Modulation to Constant Static Pressure (Air Pressure)
- Fan Speed Modulation based on BMS (BMS Speed)
- Constant Fan Speed (Const Speed)

*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | 9.1.1 Fan Speed Modulation to Rack Temperature (Mod to Rack):<br><br>In this mode the DX fan speed modulates based on rack temperature. Modulation to Rack Temperature "Mod to Rack" mode is found under Menu J – Factory Settings, Fan Settings.<br><br>The fans are controlled based on the maximum rack temperature. A single sensor is standard. Two additional sensors are available as an option. If additional sensors are installed, the control logic will be based on the highest value.<br><br>The fan will operate on rack air SP (Setpoint) and DB (Deadband) as follows:<br><br>• When the Maximum Rack Temperature is increasing:<br><br>If the Maximum Rack Temperature is greater than the Rack Temperature SP plus the (DB), the fans will start to ramp up from minimum allowable speed.<br><br>If the Maximum Rack Temperature is greater than or equal to Rack Temperature SP plus DB plus 1°F, the fans will run at maximum speed.<br><br>• When the Maximum Rack Temperature is decreasing:<br><br>If the Maximum Rack Temperature is less than the Rack Temperature SP plus 1°F, the fans will start to ramp down from allowable speed.<br><br>If the Maximum Rack temperature is less than or equal to Rack Temperature SP, the fans will run at minimum speed.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 9.1.2 Fan Speed Modulation Proportional to Cooling Demand (Mod to Comp):<br><br>Proportional fan speed control is based on the cooling demand. The fan speed ranges from 70% to 100% of fans total capacity. When the fans start, they operate at the minimum fan speed. As the compressor modulates from minimum to maximum speed, the fan speed will modulate proportionally to the compressor VFD between the minimum fan speed to the maximum fan speed. The fans will operate at the maximum fan speed when reheat or humidification is required.<br><br>9.1.3 Fan Speed Modulation to Return Air (RA) Temperature (Mod to RetT):<br><br>The dap4™ controller is set for fan speed control based on Return Air (RA) temperature. As the RA temperature rises, the fan will start at the minimum speed and increase by 10% for every 0.1°F above RA Temp setpoint plus RA Temp deadband.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br><br>**FAN SPEED CONTROL FOR CHILLED WATER (CW) UNITS WITH PLUG FANS**<br>Nine (9) fan speed control modes can be selected for units with plug fans. The control modes are programmable (See Menu J – Factory Settings: Fan Settings). Any one of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>4. Static Pressure Constant (Air Pressure)<br>5. Airflow Constant (Const. flow)<br>6. Airflow Controlled by BMS (BMS Flow)<br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow)<br>8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>9. Mod to Rack<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 3. Speed Proportional to CW Valve (Vlv. Pos. Speed)<br>On units where proportional fan speed control based on the CW valve position is required, the maximum fan speed is programmed in MODULATE MAX menu, and the minimum fan speed as a percentage of the maximum fan speed is programmed via MODULATE MIN speed menu.<br><br>EXAMPLE: Assume a fan with a speed capacity of 1750 RPM, a maximum design fan speed of 1501 RPM and a minimum design fan speed of 901 RPM. Menu Modulate Max would be set to 1501/1750 = 0.8577 or 86%, and menu Modulate Min would be set to 901/1501 = 0.6003 or 60%.<br><br>When the fan starts, it will operate at the minimum fan speed. As the chilled water valve opens, the fan speed will modulate proportionally based on the CW valve position from the minimum fan speed (when the CW valve is fully closed) to the maximum fan speed (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>7. Airflow Proportional to CW Valve (Vlv. Pos. Flow) - Optional<br>On units where proportional fan airflow control based on the CW valve position is required, the maximum airflow is programmed via Maximum Flow menu, and the minimum airflow as a percentage of the maximum airflow is programmed via Minimum Flow menu in Fan Air flow setting. This control mode requires an optional airflow measurement kit.<br><br>When the fan starts, it will operate at the minimum airflow value. As the chilled water valve opens, the fan airflow will modulate proportionally based on the CW valve position from the minimum airflow (when the CW valve is fully closed) to the maximum airflow (when the CW valve is fully open).<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | 8. Fan speed controlled by Return air temperature setpoint (Mod to R. Air)<br>1. There is RA Temp fan setpoint and RA Temp fan Deadband in the setpoint group. These setpoint only display whenever the Fans speed by RA Temp mode is selected in the CW fan mode section in Factory Setting group<br><br>The logic for fan speed uses the maximum and minimum fan speeds from Modulate Max and Modulate Min speed menus. As the return temperature rises, the fan would start at the minimum and increase by 10%*(maximum fan speed-minimum fan speed) for every 0.1°F above RA Temp setpoint + RA Temp deadband. Fan speed reduces to minimum speed when RA temperature is at setpoint.<br><br>9. Mod to Rack.<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016).<br><br>**FAN SPEED CONTROL FOR DIRECT EXPANSION (DX) UNITS**<br>Six (6) fan speed control modes can be selected for DX units. The control modes are accessible through Menu J – Factory Settings. Either of the following may be chosen:<br><br>1. Speed Constant (Const. Speed)<br>2. Speed Controlled by BMS (BMS Speed)<br>3. Static Pressure Constant (Air Pressure)<br>4. Airflow Constant (Const. flow)<br>5. Airflow Controlled by BMS (BMS Flow)<br>6. Mod to Rack<br><br>6. Mod to Rack<br>See RackSense 32 User's Manual for details.<br><br>*See, e.g.*, DataAire dap4 Installation, Operation & Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*Note: This screen is only shown when the fan is set to modulate to rack temperature in factory settings menu.*<br>**Temp Setpoint:** This fan temperature set point is used to control the fan speed based on the Rack Air Temperature. The range of adjustment is 65 to 85 °F with a default value of 72.0 °F.<br>**Temp Deadband:** This fan deadband is the amount that temperature must rise above the fan speed setpoint before fan speed will begin to increase. The range of adjustment is 1.0 to 5.0° with a default value of 2.0°.<br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Operation of Fan**<br>When the system is turned on, the fan(s) will start running and must run for a full minute before any temperature or humidity control functions will begin.<br>*Note on minidap4:* The fan can be set to "Automatic" mode. This allows to fan to turn off until there is a need for temperature or humidity control.<br>**Fan Speed:**<br>Modulation of plug fan speed is based on the CW and DX mode selection. (Note: selections are limited based on the unit model).<br>**Constant Speed:** Fan runs at a constant speed setting and is not modulated.<br>**BMS Speed*:** Fan begins at the constant speed setting then modulates according to a BMS value.<br>**Vlv Pos Speed:** Fan modulates based on the position of the CW valve.<br>**Air Pressure:** Fan modulates to maintain the static air pressure set point.<br>**Const Flow:** Fan modulates to maintain the airflow set point.<br>**BMS Flow:** Fan modulates to maintain the airflow of the BMS.<br>**Vlv Pos Flow:** Fan modulates to maintain the airflow based on CW valve position.<br>**Return Air T.:** Fan modulates to return air temperature to maintain temp set point.<br>**Mod to Rack:** Fan modulates to rack temperature to maintain temperature set point.<br>**Mod to Comp:** Fan modulates to variable compressor speed.<br>**Mod to deltaT:** (Shown only on IRDX model). Fan will modulate to the difference between return and discharge temperature to maintain the delta temperature set point.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 8.2.13 Zone Master<br>The gForce Ultra units with optional Zone Master control will be shipped with a supplemental manual detailing programming and individual screens on the dap4™ controller.<br><br>*See, e.g.*, DataAire gForce Ultra DX, Single and Dual Circuit User Manual (Oct. 2014).<br><br>**1.0 Introduction**<br>The Zone Master offers unit lead/lag, rotation and a teamwork control solution for Data Aire units.<br>The Zone Master consists of one Master Unit and up to fifteen (15) Slave Units. Unit #1 is always assigned as the Master Unit (U1). Units #2 through #16 are slave units. Zone Master control logic is configured in the Master unit.<br>The Zone Master units are connected together in a daisy chain topology using the dap4 pLAN communication port (see the dap4 Zone Master wiring connections on page 9).<br>Note: The Zone Master is optional and requires an Activation Code for each unit in the zone.<br>The Zone Master provides selectable logic choices as listed below:<br>• Auto Lead/Lag Standby Rotation<br>• Secondary Operating Schedule for Economical Control<br>• Activate Standby Unit on Selectable Alarm<br>• Turn Unit Off Selectable Alarm<br>• Zone Inhibit Control Preventing Units from Conflicting Operations<br>• Standby Unit Activation on Temperature Control<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Zone Master:** A feature that offers multiple dap4 controls a teamwork solution. Up to sixteen dap4 units may be arranged in the Zone Master network. The unit designated as the master has menus with selectable features of:<br>• Minimum number of units that must always be on<br>• Automatic lead/lag and standby unit rotation<br>• Activate a standby unit due to particular alarm conditions<br>• Activate standby units to assist with controlling temperature or airflow<br>• Inhibit control functions to prevent units from conflicting operations<br>• Primary and secondary schedules for economical control<br>• Unified zone airflow control<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).<br><br>2. The standby units that are not required to always run will hold off the blower and all cooling, heating, dehumidification and humidification functions unless among the units which are ONbyZM the average return air temperature in the zone is more than the average setpoint plus average deadband plus 1.5°. If this occurs, one of the STBbyZM will change its status to ONbyZM. The blower of the standby unit will start and the standby unit will then be allowed to regulate cooling as if it was in the ON mode. Normal operation messages will be displayed whenever a standby unit has been reactivated for operation.<br><br>If the temperature and humidity condition at the standby unit are satisfied, it will return to inactive (STBbyZM) when the average zone temperature is maintained below the average setpoint plus the average deadband for 15 minutes (this is adjustable and has a range from 30 to 999 seconds).<br><br>If the temperature or humidity condition at the standby unit isn't satisfied even though the zone's average temperature is maintained below average setpoint plus deadband for 15 minutes (adjustable), the unit will continue to run until its temperature and humidity is satisfied. Its status will be RUNtoSTB (run to standby). Once its own temperature and humidity setpoint is reached, if the zone average temperature is below setpoint plus deadband, the zone master will turn the unit to standby and the status will be STBbyZM.<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br>**Temperature Assist –** Press the Enter key. The cursor will flash by the current entry. To change the entry, press the Up or Down key. There are two choices, Yes or No. If set to Yes, the Zone Master will be enabled to ask a standby unit to come on when the average temperature is higher than the cooling setpoint plus deadband plus 1.5°F.<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012).<br><br>1.1.2 Standby Alarm Logic – Within a zone one or more units may be designated as STANDBY (STDBY) units which are only available when required by an alarm condition. The Zone Master is designed to detect alarm conditions and to activate standby units as necessary.<br><br>Note: Standby unit activation and deactivation are independent of other zones<br><br>The user may assign one or more alarms as "Standby Alarms" by selecting Y (yes) in Zone Master Alarms page (see Zone Master Set-Up). The Zone master temporarily activates standby units to supplement units that have experienced one or more Standby Alarms per the following rules:<br><br>• For each unit in a zone that experiences a Standby Alarm, a standby unit will activated (if available) in that zone<br><br>• Once activated, each activated standby unit remains ON until the Standby Alarm has gone away and for fifteen minutes (adjustable) thereafter.<br><br>*See, e.g.*, DataAire dap4 Zone Master Suplement (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Status Loop (continued):**<br>The next screen in the status loop is the Zone Status screen, which displays the status of the zone. (Note: this screen only appears on the Master control when the Zone Master feature is enabled).<br><br>The next screen the Zone Units screen, which displays the status of each units in the zone. (Note: this screen only appears on the Master control when the Zone Master feature is enabled).<br><br>Touch the unit icon to see specific information such as Temperature, Humidity and Airflow. General unit status is indicated by color:<br>**Green = Unit On** **Blue = Unit in Standby**<br>**Red = Unit in Alarm** **Gray = Unit set not to participate**<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

MENU M – SET ZONE MASTER

***Notice: The Zone Master menu only appears on the Master controller (Unit at address 1) when the zone master feature is enabled.***




**Zone ID:** Within the same area, there may be more than one zone. This setting is sent out to all units to identify which zone the unit belongs to.

**Units:** Set this to the total number of units that are connected to the network (including the Master).

**Online:** The master will automatically detect how many units are connected to the Zone Master network. This number should match the number of units that you set above. An "off line' alarm will occur if any unit is not detected.

**Finish Run->Stdby:** When set to "Yes" any assisting unit must finish performing any temperature or humidity control operation before it can return to the standby mode.

**Primary or Secondary Schedule:** Selecting a secondary schedule offers even greater flexibility so that units can have different modes based on a time schedule.

**Number Units On:** This setting determines how many units will constantly be on, regardless of demand. The remainder of the units will be in standby (unless set to be in off mode). The Zone Master can be set to turn additional units on when demand increases.

**Fan Modes:**

**Disabled** (default) - The Zone Master does not control the fan of the units. Each unit will use its own fan control method.

**Fan Mode: C. Airflow** – The Zone Master will modulate the fan speed of all running units in the zone to maintain the zone airflow set point. This selection requires an optional airflow measuring sensor to be installed.

**Unity CI:** Similar to the C. Airflow listed above, but the air flow setpoint is determined by a value communicated by an external control system.

**Max Rack -** The Zone Master will modulate the fan speed of all running units in the zone to the highest rack temperature. This selection requires optional rack temperature sensors.

*See, e.g.*, DataAire dap4 User Manual (Oct. 2019).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **MENU M – Set Zone Master (continued)**<br><br>**Avg Rack -** The Zone Master will modulate the fan speed of all running units in the zone to the average rack temperature. This selection requires optional rack temperature sensors.<br><br>**C Air Prs -** The Zone Master will modulate the fan speed of all running units in the zone to maintain static air pressure. If all units have an air pressure sensor installed, the master will use the lowest usable reading. Otherwise the master will use its air pressure sensor.<br><br><br><br>*This screen will only appear if Fan Mode is set to "C. Flow".*<br><br>**Zone AF SP -** The airflow set point for the zone in cubic feet per minute. This set point is the same one that appears on the "Zone Airflow" screen in the set points loop.<br><br>**Integration Time –** This setting determines the time before modulation will be changed to eliminate the difference between measured and set point.<br><br>**Band Factor –** This setting is how tight to the set point that modulation will swing. The larger the band, the less swing in modulation.<br><br>**Derivative Time –** This setting determines how sudden the modulation should change as a result of a change in measured air flow. It attempts to eliminate "overshooting" the set point.<br><br>**Assist on Demand –** Allows you to set the amount of fan demand where a standby unit will be requested to run (after the Standby On time setting described below). For example; if set to 75%, the master would request a standby unit to turn on when fan modulation reaches a demand of 75%.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **MENU M – Set Zone Master (continued)**<br><br><br>**Temperature Assist** – If set to "Yes", the Master will be allowed to request additional standby units to come on when the average zone temperature is higher than the cooling set point plus dead band plus 1.5°F.<br><br>**ES Before DX**: If set to "Yes", the units in the zone will run in CW Energy Saver mode prior switching to DX cooling.<br><br>**Tmp Assist Band:** (only shown when ES Before DX is enabled). Offers an adjustable band of 1.0 to 10.0 degrees (default of 1.5) instead of the fixed 1.5°F for temperature assist.<br><br>**Engy DX Band:** (only shown when ES Before DX is enabled). Offers an adjustable band of 1.3 to 10.0 degrees (default of 1.3) instead of the fixed 1.3°F threshold that is added to DX staging when energy saver is running.<br><br>**Standby On Delay** – This is how long the master will wait before requesting a standby unit to turn on. The range of adjustment is 30 to 999 seconds, with a default setting of 30 seconds.<br><br>**Standby Off Delay** – This is how long the master will wait before allowing a unit to return to standby. The range of adjustment is 30 to 999 seconds, with a default of 900 seconds. Note: although the master may allow a unit to return to standby after this delay has expired, the unit may continue to run if the "Finish Run->Stdby" selection is set to "Yes".<br><br>**Enable Inhibit** – If set to "Yes" (the default and recommended setting), the Zone Master will prevent units from performing conflicting operations. For example: If any unit is cooling, others will be prevented from heating, or if any unit is dehumidifying, other will be prevented from humidification.<br><br>*See, e.g.*, DataAire dap4 User Manual (Oct. 2019). |